1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  CHARLES F. BISESTO (CABN 271353)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6405
       FAX: (415) 436-7234
8      Charles.Bisesto@usdoj.gov

   Attorneys for United States of America
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND DIVISION
12
13  UNITED STATES OF AMERICA,            )  NO. CR 23-239-01 HSG
                                         )
14          Plaintiff,                   )  STIPULATION TO EXCLUDE TIME FROM
                                         )  FEBRUARY 26, 2025 THROUGH APRIL 16, 2025
15      v.                               )  AND ORDER
                                         )
16  JAVIER MARIN-GONZALES,               )
                                         )
17          Defendant.                   )
                                         )
18                                       )
                                         )
19

20          Through this filing, the parties are jointly requesting the Court exclude time from the last status

21  conference in this case, February 26, 2025, to the next status conference on April 16, 2025.

22          At the last status conference held on February 26, 2025, the Court granted the parties' joint

23  request to continue the case to April 16, 2025, for a new status conference. The continuance was

24  granted, in part, because defense counsel has recently been assigned this matter and still needs adequate

25  time to review the discovery and get up to speed. Because the discovery in this case is voluminous, the

26  parties believe that the time between February 26, 2025, and April 16, 2025 is necessary to allow

27  defense counsel to review the materials, and confer with government counsel about case outcomes.

28          For the reasons discussed above, the parties are requesting that time be excluded from February

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. CR 23-239-01 HSG                                                               v. 7/10/2018

1  26, 2025, through the next status conference date, April 16, 2025. More specifically, the parties
2  stipulate and agree that excluding time from February 26, 2025, until the April 16, 2025, status hearing
3  will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Finally, the
4  parties stipulate and agree that the ends of justice served by excluding the time from February 26, 2025,
5  through April 16, 2025 from computation under the Speedy Trial Act outweigh the best interests of the
6  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

   The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

10  IT IS SO STIPULATED.

12  DATED: February 26, 2025                    /s/
                                                CHARLES F. BISESTO
13                                              Assistant United States Attorney

15  DATED: February 26, 2025                    /s/
                                                JOHN J. JORDAN
16                                              Counsel for Defendant MARIN-GONZALES

**ORDER**

Based upon the facts set forth in the stipulation of the parties, the Court finds that failing to exclude the time from February 26, 2025, through April 16, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 26, 2025, through April 16, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 26, 2025, through April 16, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  2/28/2025

HAYWOOD S. GILLIAM JR.
United States District Judge